1

2

3

4

5

6

7                    IN THE UNITED STATES DISTRICT COURT

8                   FOR THE EASTERN DISTRICT OF CALIFORNIA

9    DENNIS GERALD CLAIBORNE,

10              Plaintiff,                        No. 2:12-cv-1367 GGH P

11         vs.

12   U.S. DEPARTMENT OF HEALTH AND
     HUMAN SERVICES,
13
                Defendant.                        ORDER
14   _____/

15         Plaintiff, a state prisoner proceeding pro se, has filed a civil action,[1] together with

16   a request to proceed in forma pauperis.  In his complaint, plaintiff alleges violations of his civil

17   rights by defendants.  The alleged violations took place in Fresno County, which is part of the

18   Fresno Division of the United States District Court for the Eastern District of California.  See

19   Local Rule 120(d).

20         Pursuant to Local Rule 120(f), a civil action which has not been commenced in

21   the proper division of a court may, on the court's own motion, be transferred to the proper

22   division of the court.  Therefore, this action will be transferred to the Fresno Division of the

23   court.  In light of 1996 amendments to 28 U.S.C. § 1915, this court will not rule on plaintiff's

24   _____

25         [1] The action, although filed on a form applicable to habeas corpus, has nothing to do with
     habeas corpus as illustrated by the "NA" responses to all questions which pertain to habeas
26   corpus filings.

1   request to proceed in forma pauperis.

2           Good cause appearing, IT IS HEREBY ORDERED that:

3           1.  This court has not ruled on plaintiff's request to proceed in forma pauperis;

4           2.  This action is transferred to the United States District Court for the Eastern

5   District of California sitting in Fresno; and

6           3.  All future filings shall reference the new Fresno case number assigned and

7   shall be filed at:

8                   United States District Court
                    Eastern District of California
9                   2500 Tulare Street
                    Fresno, CA 93721
10

11  DATED: June 6, 2012

12                                      /s/ Gregory G. Hollows
                                UNITED STATES MAGISTRATE JUDGE
13

GGH:md
14  clai1367.22

15

16

17

18

19

20

21

22

23

24

25

26