# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS GERALD CLAIBORNE, | CASE NO. 1:12-cv-00923-GBC (PC) |
| Plaintiff, | ORDER DIRECTING CLERK OF COURT TO REDESIGNATE CASE AS A REGULAR CIVIL ACTION AND REASSIGN CASE |
| v. | |
| U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, | |
| Defendant. | |

On May 21, 2012, Plaintiff Dennis Gerald Claiborne ("Plaintiff"), a prisoner proceeding pro se and in forma pauperis, filed this action as a petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254. Doc. 1. On June 7, 2012, the United States District Court for the Eastern District of California, Sacramento Division, transferred this action to the United States District Court for the Eastern District of California, Fresno Division[1] since Plaintiff suffered the alleged injury at Pleasant Valley State Prison, in Fresno County. Doc. 6. Upon transfer to Fresno, the case was reassigned to Magistrate Judge Gary. S. Austin, as the undersigned does not handle habeas actions. On June 26, 2012, the Court re-designated the matter as a civil rights action pursuant to 42 U.S.C. § 1983. Doc. 12.

In Plaintiff's petition, he names a single Defendant, U.S. Department of Health and Human Services. Pet. at 1, Doc. 1. Plaintiff alleges claims of negligence, personal injury, and product

---

[1] The prior case number was 2:12-cv-01367-KJM-GGH (HC).

1   liability due to receiving a shipment of bad sausage. *Id.* at 6. Plaintiff states he contacted Defendant
2   U.S. Department of Health and Human Services but has not received a response. *Id.* Plaintiff does
3   not name any correctional officials as defendants, and he does not allege any conduct by any officials
4   at Pleasant Valley State Prison or California Department of Corrections and Rehabilitation. *Id.* at 6-
5   8. Because Plaintiff does not directly challenge the conditions of his confinement, this action should
6   be designated as a regular civil action. The undersigned is not on the automated assignment wheel
7   for regular civil cases. This action should therefore be redesignated as a regular civil action and
8   reassigned to a Magistrate Judge on the automated assignment wheel for regular civil cases.

9         Therefore, the Court Directs the Clerk's office to REDESIGNATE the action to a regular
10  civil action and REASSIGN the case to a Magistrate Judge on the automated assignment wheel for
11  regular civil cases.

13  IT IS SO ORDERED.

14  Dated:   July 12, 2012
15                                                   UNITED STATES MAGISTRATE JUDGE